OSCN Found Document:REECE v. STATE

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 REECE v. STATE
2025 OK CR 9
Case Number: D-2021-867
Decided: 07/16/2025
THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA
Cite as: 2025 OK CR 9, __ P.3d __

 

WILLIAM LEWIS REECE, Appellant,
v.
THE STATE OF OKLAHOMA, Appellee.

ORDER WITHDRAWING AND STRIKING PREVIOUSLY ISSUED OPINION AND MANDATE AND SUBSTITUTING
CORRECTED OPINION

¶1 This Court has been informed that the Opinion issued on July 10, 2025, in the above styled case, cited Reece v. State, 2025 OK CR 8Reece v. State, 2025 OK CR 10.

¶2 IT IS THEREFORE THE ORDER OF THIS COURT that the previously issued Opinion and Mandate filed on July 10, 2025, shall be withdrawn and stricken. A new Opinion, 2025 OK CR 10, shall be filed along with this Order.

¶3 IT IS SO ORDERED.

¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 16th day of July, 2025.

           /s/_________________________________________________
           GARY L. LUMPKIN, Presiding Judge

           /s/_________________________________________________
           WILLIAM J. MUSSEMAN, Vice Presiding Judge

/s/_________________________________________________
DAVID B. LEWIS, Judge

            /s/_________________________________________________
           ROBERT L. HUDSON, Judge

/s/_________________________________________________
RICHARD DARBY, Justice

ATTEST:

/s/______________________
Clerk

FOOTNOTES

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105